# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARCUS ALEXANDER HAMILTON, | ) |
| Defendant. | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 24-cr-112 (2)  (KMM/DTS) |
| Date: | 12/01/2025 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 10:07 a.m. |
| Time Concluded: | 11:14 a.m. |
| Time in Court: | 1 Hour & 7 Minutes |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Matthew Forbes, Assistant United States Attorney
    For Defendant:    Lisa Lopez X FPD

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 6 | X | | Time Served | | 3 Years | | |
| 8 | X | | Time Served | | 3 Years | | |

**See J&C for special conditions**

X Defendant sentenced to pay:
    X Restitution in the amount of $128,116, Joint and Several.
    X Special assessment in the amount of $200.00 to be paid immediately.

                                                                                    s/AJS
                                                                              Courtroom Deputy